CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
Khushpreet Mehton, Esq., SBN 276827
9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385
(888) 422-5191 fax
phylg@potterhandy.com

Attorneys for Plaintiff

Linda M. Toutant, Bar No. 158866
ltoutant@klinedinstlaw.com
KLINEDINST PC
777 S. Figueroa St., Suite 2800
Los Angeles, California 90017
(213) 406-1100/FAX (213) 406-1101
Attorneys for Defendant
2550 VN Pool, LLC

**IT IS SO ORDERED**
Judge Susan Illston

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON, <br><br> Plaintiff, <br> v. <br><br> 2550 VN POOL, LLC, a Delaware Limited Liability Company; and Does 1-10, <br><br> Defendants, | Case: 3:18-CV-04424-SI <br><br> **JOINT STIPULATION FOR DISMISSAL PURSUANT TO FED. R. CIV. P. 41 (a)(1)(A)(ii)** |

1

# STIPULATION

Pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: February 6, 2019  CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Lockhart Seabock
Amanda Lockhart Seabock
Attorneys for Plaintiff

Dated: February 6, 2019  KLINEDINST PC

By: /s/ Linda M. Toutant
Linda M. Toutant
Attorneys for Defendant

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Linda M. Toutant, counsel for 2550 VN Pool, LLC, and that I have obtained Ms. Toutant's authorization to affix her electronic signature to this document.

Dated: February 06, 2019        CENTER FOR DISABILITY ACCESS

                                By:   /s/ Amanda Lockhart Seabock
                                      Amanda Lockhart Seabock
                                      Attorneys for Plaintiff

# PROOF OF SERVICE

## Johnson v. 2550 VN Pool, LLC
3:18-CV-04424-SI

I, the undersigned, am over the age of eighteen years. I am not a party to the above-entitled action; my business address is 9845 Erma Road, Suite 300, San Diego, California 92131

On February 6, 2019 I served the following document(s):

**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FED. R. CIV. P. 41 (a)(1)(A)(ii)**

Addressed to:
**Andrea Faye Oxman**
Klinedinst PC
777 S. Figueroa Street
Suite 2800
Los Angeles, CA 90017

- ☐ BY MAIL: I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at San Diego, California.
- ☐ BY FACSIMILE: In addition to the service by mail as set forth above, I forwarded a copy of said documents via facsimile to the listed facsimile number.
- ☐ BY OVERNITE EXPRESS: I caused such envelope with postage thereon fully prepaid to be placed in the Designated Overnite Express drop box at San Diego, California.
- ☐ BY PERSONAL SERVICE: I caused said documents to be personally served on all listed recipients via Diversified Legal Services.
- ☑ BY ELECTRONIC MAIL TRANSMISSION: via email. I caused the listed documents to be electronically filed and subsequently emailed to the recipient(s).

Executed on February 6, 2019, from San Diego, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

*Renuka Patil*
_____
Renuka Patil

PROOF OF SERVICE